IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY HENDERSON,
ADC #93098                                                                                          PLAINTIFF

5:06CV00250 SWW

ROLAND ANDERSON, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 2nd day of March, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE