IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY HENDERSON,
ADC #93098                                                                                    PLAINTIFF

5:06CV00250 SWW

ROLAND ANDERSON, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of February, 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE