*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

TOMMY HENDERSON
ADC #93098

v.                              NO. 5:06CV00250 SWW

ROLAND ANDERSON, ET AL

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the date on the Judgment (doc #80) should be amended to reflect *2nd day of March 2007.*

IT IS SO ORDERED that the Judgment be amended to reflect **2nd day of March 2007 as the date of the Judgment**, and that all other terms and conditions of the Judgment shall remain unchanged and in full force and effect.

DATED this 29th day of December 2010.

/s/Susan Webber Wright
United States District Judge